MICHELE L. WALTER, Attorney
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th Street
South Terrace – Suite 370
Denver, CO 80202
Telephone: (303) 844-1345
Facsimile: (303) 844-1350
michele.walter@usdoj.gov

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO POWER COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, *et al.,* )<br>)<br>Defendants. )<br>_____) | Case No. 1:18-cv-255-BLW |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's May 20, 2019 Order, Dkt. No. 28, granting a further stay of these proceedings and directing Defendants the United States Environmental Protection Agency, *et al.* ("EPA") to file status reports on fixed dates, including August 5, 2019, EPA provides the following status report:

1. EPA is currently awaiting delivery of a Biological Opinion from the National Marine Fisheries Service ("NMFS"). EPA's receipt of a final Biological Opinion will complete

the ESA consultation process and enable EPA to take final action on the Idaho proposed site-specific criterion for temperature in the Hells Canyon reach of the Snake River.

2. EPA had a communication from NMFS on July 29, 2019. This communication indicated that NMFS is continuing to draft the Biological Opinion. NMFS anticipates completing the initial draft Biological Opinion early in August and intends to share a full draft before the end of August.

__/s/__Michele L. Walter
MICHELE L. WALTER, Attorney
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
999 18th Street
South Terrace – Suite 370
Denver, CO 80202
Telephone: (303) 844-1345
Facsimile: (303) 844-1350
michele.walter@usdoj.gov

*Attorney for Defendants*

DATE: August 5, 2019